CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No.:007149
RASMUSSEN LAW P.C.
520 S. Fourth Street
Las Vegas, Nevada 89101
Tel: (702) 384-5563
Fax: (702) 550-7031
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CARLOS PANTOJA,<br><br>    Defendant. | Case No. 2:19-cr-00056-JCM-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant, CARLOS PANTOJA, by and through his counsel Chris T. Rasmussen, Esq., and the United States of America, by and through Jason M. Frierson, United States Attorney, and Melanee Smith Assistant United States Attorney, that the above-captioned matter currently scheduled for sentencing on May 19, 2023, at 10:00 a.m. be vacated and continued for 45 days.

This Stipulation is entered into for the following reasons:

1. The parties agree to a continuance;
2. Counsel for Defendant needs additional time to adequately prepare for sentencing;
3. Defendant is in custody. Counsel for Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

4. Denial of this request could result in a miscarriage of justice;

5. For all the above- stated reasons, the ends of justice would best be served by a continuance of the sentencing date by 45 days.

7. This is the first request for continuance.

DATED this 18th day of May, 2023.

| | |
|---|---|
| */s/ Chris T. Rasmussen* | */s/ Melanee Smith* |
| _____ | _____ |
| CHRIS T. RASMUSSEN, ESQ. | MELANEE SMITH |
| Attorney for Defendant | Assistant United States Attorney |

CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
RASMUSSEN LAW P.C.
520 S. 4th Street
Las Vegas, Nevada 89101
T: (702) 384-5563
ctr@rasmussenlaw.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No.: 2:19-cr-00056-JCM-DJA |
| vs. | **FINDINGS OF FACT AND CONCLUSIONS OF LAW** |
| CARLOS PANTOJA, | |
| Defendant. | |

**FINDINGS OF FACT**

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. The parties agree to a continuance;

2. Counsel for Defendant needs additional time to adequately prepare sentencing;

3. Defendant is in custody. Counsel for Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

**CONCLUSIONS OF LAW**

1. Denial of this request would result in a miscarriage of justice;

2. For all the above-stated reason, the ends of justice would best be served by a continuance of the sentencing date for 45 days.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CARLOS PANTOJA,<br><br>　　　　　Defendant. | Case No.: 2:19-cr-00056-JCM-DJA<br><br>**ORDER** |

Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for May 19, 2023 at the hour of 10:00 a.m., be vacated and continued to July 5, 2023, 2023, at the hour of 11:00 a.m.

DATED May 18, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE